| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Messitte, Peter J. | 2. Court or Organization U. S. District Court | 3. Date of Report 5/9/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address U. S. Courthouse 6500 Cherrywood Lane Greenbelt, MD 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | |
| 3. | |

Messitte, Peter J.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Pension Payments - State of Maryland Judiciary | $48,733.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Int. Forum Justice | 3/8/10 - 3/12/10 | Brasilia/Sao Paulo, Brazil | Speeches | Transportation, meals, hotel |
| 2. | Int. Forum Justice | 5/12/10 - 5/14/10 | Sao Paulo, Brazil | Educ. Seminar | Transportation, meals, hotel |
| 3. | Levin College of Law/Univ of FLA | 5/15/10 - 5/21/10 | Montevideo, Uruguay | Educ. Seminar | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/9/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. St. Mary's Ryken HS | Dinner Certificate | $100.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/9/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. PJM/IRA Morgan Stanley(same as #3-#22) | B | Dividend | N | T | | | | | See Part VIII |
| 3. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 01/15/10 | K | A | |
| 4. Legg Mason Special Investment Trust | A | Dividend | J | T | Sold (part) | 01/15/10 | L | A | |
| 5. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | Sold (part) | 01/15/10 | K | A | |
| 6. Am Funds: Washington Mutual Investors Fund Cl A | B | Dividend | L | T | Sold | 01/15/10 | L | A | |
| 7. Royce Penn, Mutual Fund | A | Dividend | J | T | Sold (part) | 01/15/10 | J | A | |
| 8. Blackrock US Opp. Portfolio Fd | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 9. Blackrock Global Alloc. Fd | A | Dividend | K | T | Buy | 01/15/10 | K | | |
| 10. Growth Fd of Am Cl F1 | A | Dividend | K | T | Buy | 01/15/10 | K | | |
| 11. Hartford Cap App II Fd Cl 1 | A | Dividend | K | T | Buy | 01/15/10 | K | | |
| 12. Henderson Int Opp Fd Cl W | A | Dividend | K | T | Buy | 01/15/10 | K | | |
| 13. Lord Abbett Dev Growth Fd Cl F | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 14. MFS Value Fd Cl A | A | Dividend | K | T | Buy | 01/15/10 | K | | |
| 15. Oppenheimer Dev Mkts Fd Cl Y FD5 | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 16. Thornburg Inv Inc Bldr Fd Cl I | A | Dividend | K | T | Buy | 01/19/10 | K | | |
| 17. Invesco Floating Rate Fund Cl Y | A | Dividend | J | T | Buy | 01/19/10 | J | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Hartford Inflation Plus Fd C1 Inflation | A | Dividend | J | T | Buy | 01/19/10 | J | | |
| 19. JP Morgan Strat Inc Opp Fd Select Class | A | Dividend | J | T | Buy | 01/19/10 | J | | |
| 20. Pimco Total Return Fd C1 P | A | Dividend | J | T | Buy | 01/19/10 | J | | |
| 21. Sentinel Gov't Securities Fd Cl A | A | Dividend | J | T | Buy | 01/19/10 | J | | |
| 22. Templeton Glob Bond Fd Advisor Class | A | Dividend | J | T | Buy | 01/19/10 | J | | |
| 23. Capital One Bank (formerly Chevy Chase Bank),Chevy Chase, MD | C | Interest | N | T | | | | | |
| 24. Sun Trust Bank, Chevy Chase, MD | A | Interest | K | T | | | | | |
| 25. SM/IRA (Morgan Stanley) (Same as #26-29) | A | Dividend | K | T | | | | | See Part VIII |
| 26. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 01/19/10 | J | A | |
| 27. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 28. Pimco Total Return Fd | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 29. Fed Eq Fds Kaufmann Lge Cap Fd Inst C1 | A | Dividend | J | T | Buy | 12/23/10 | J | | |
| 30. SM/CGM (same as #31 - #51 ) | B | Dividend | M | T | | | | | |
| 31. Royce Penn. Mutual Fund | A | Dividend | J | T | Sold (part) | 01/15/10 | K | A | |
| 32. Am. Funds: Washington Mutual Investors Fund Cl A | | | | | Sold | 01/15/10 | J | A | |
| 33. Legg Mason Opp. Trust | A | Dividend | J | T | Sold (part) | 01/15/10 | K | C | |
| 34. Henderson Global Eq. Income Fund C1 W | A | Dividend | J | T | Sold (part) | 01/15/10 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Investment Co. of America, Fd Cl A | A | Dividend | J | T | Sold (part) | 01/15/10 | K | A | |
| 36. Blackrock Global Alloc. Fd, Inc. Cl C | A | Dividend | J | T | Sold (part) | 01/15/10 | K | A | |
| 37. Invesco Floating Rate Fund Cl Y | A | Dividend | J | T | Buy | 01/15/10 | J | | See Part VIII |
| 38. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 39. Delaware Diversified, Income Fd Cl A | | Dividend | J | T | Buy | 01/15/10 | J | | |
| 40. Europacific Growth Fd Class F1 | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 41. Growth Fund of Amer Class F1 | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 42. Hartford Inflation Plus Fd Cl 1 | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 43. Inc Fd of Amer Cl F1 | A | Dividend | K | T | Buy | 01/15/10 | K | | |
| 44. JP Morgan Core Bond Fd Cl A | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 45. Legg Mason Spec Inv Tr Cl 1 | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 46. Lord Abbett Dev Growth Fd Cl F | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 47. MFS Value Fd Cl A | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 48. New Perspective Fund Cl F | A | Dividend | K | | Sold | 01/15/10 | K | D | See Part VIII |
| 49. Plmco Total Return Fd | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 50. Van Kampen Eq & Inc Fd | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 51. Templeton Global Bond Fd | A | Dividend | J | T | Buy | 01/19/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▮▮▮▮▮▮▮▮ Rental Property | A | Rent | M | W | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Messitte, Peter J. | 5/9/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Elaboration:

# 2.   PJM/IRA (Morgan Stanley) was reported in 2009 FDR as PJM/CGM (Citigroup/Glob Mkts-IRA).  The accounts are one and the same.

# 17.  Switched during year from AIM Floating Rate Fund.

# 25.  SM/IRA (Morgan Stanley) was reported on 2009 FDR as "SM/CGM (Legg Mason Value Trust - IRA)".  The accounts are one and the same.  Legg Mason Value Trust was the sole asset in 2009.

#37. Switched during year from AIM Floating Rate Fund.

#48. For some reason this asset was omitted from my 2009 FDR, but the present report accurately reflects sale of all the asset and the capital gain.

#52. This property is held for rent, but was not in fact rented in 2010; hence, no income was received.

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/9/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Peter J. Messitte

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544